

**ORIGINAL**

**MEMO ENDORSED**



**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**OMAR J. SIDDIQI**
*Senior Counsel*
osiddiqi@law.nyc.gov
Phone: (212) 356-2345
Fax: (212) 356-1148

February 4, 2021

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/21
```

**By ECF**
Honorable Louis L. Stanton
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re: *Chanel Lewis v. City of New York, et al.*, 16 Civ. 3995 (LLS)

Your Honor:

I am a Senior Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York and assigned to the defense in this matter. Defendants write to: (1) respectfully request that the Court adjourn the pre-trial conference scheduled for February 12, 2021, to a slightly different time or date; (2) inform the Court that the parties have agreed to set a date for the deposition of the Plaintiff's expert whose Rule 26 disclosure was served by plaintiff on January 8, 2021; and (3) respectfully request that the Court refer the parties to Magistrate Judge Katharine H. Parker for the purpose of scheduling a settlement conference in this matter. Defendants have conferred with plaintiff who consents to the requests in this letter

As an initial matter, defendants respectfully request that the Court adjourn the pre-trial conference scheduled for February 12, 2021 at 12:00 p.m. The reason for this request is that defense counsel has regular Friday religious services from 12:00 p.m.-3:00 p.m. on Friday afternoons. Defendants respectfully request that the conference be advanced to either February 11, 2021, or to a time between 9:30am and 11:00am, or after 3:00 p.m. on February 12, 2021. Should these dates and times not be amenable to the Court, defendants respectfully request that the conference be moved to a date after February 23, 2021, as defense counsel will be out of the office from February 15, 2021 until February 22, 2021.

Secondly, on January 8, 2021, plaintiff served a Rule 26 disclosure for a treating expert witness that had previously been identified and disclosed in this matter. Defendants seek leave to depose that expert witness prior to whatever date the Court will schedule the trial for.

Finally, the parties have been engaged in preliminary settlement negotiations over the past two weeks. The parties mutually believe that a settlement conference before a Magistrate Judge in this matter would be beneficial. The Magistrate Judge initially assigned to this case was Magistrate Judge Francis. After he retired, the case was not reassigned. Because there is no Magistrate Judge currently assigned to the case, the parties respectfully request that the Court

*[Handwritten annotation in right margin:]* To be re-scheduled upon Judge Parker's recommendation.

Louis L. Stanton
2/5/21

assign this matter to Magistrate Judge Katharine H. Parker for the purpose of scheduling a settlement conference in this matter.

Thank you for your consideration herein.

Respectfully submitted,

/s/ *Omar J. Siddiqi*

Omar J. Siddiqi
*Senior Counsel*
Special Federal Litigation Division