```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/23/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

   CHANEL LEWIS,

                          Plaintiff,              **ORDER SCHEDULING**
**SETTLEMENT CONFERENCE**

          -against-                           **16-CV-3995 (LLS)**

   CITY OF NEW YORK, et al.,

                        Defendants.
---------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A settlement conference in this matter is scheduled for **Friday, February 26, 2021 at 9:30 a.m.** Counsel is directed to call Judge Parker's teleconference line at the scheduled time.

**Please dial (866) 434-5269, Access code: 4858267.** Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **February 25, 2021 by 5:00 p.m.**

      SO ORDERED.

Dated: February 23, 2021
       New York, New York

                                  *Katharine H Parker*
                           _____
                           KATHARINE H. PARKER
                           United States Magistrate Judge