ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/26/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X

   CHANEL LEWIS,

            Plaintiff,         16 Civ. 3995 (LLS)

    - against -                ORDER

   CITY OF NEW YORK, et al.,

           Defendants.
- - - - - - - - - - - - - - - - - - -X

   It having been reported to the court that this action is settled, it is

   ORDERED, that this action is dismissed with prejudice but without costs; provided, however, that within thirty days of the date of this order either party may apply by letter for restoration of the action to the court's calendar.

   So ordered.

Dated:  New York, New York
       February 26, 2021

                                        *Louis L. Stanton*
                                      LOUIS L. STANTON
                                            U.S.D.J.