```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/27/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CHANEL LEWIS,

                        Plaintiff,              **ORDER ADJOURNING**
                                             **SETTLEMENT CONFERENCE**
    -against-
                                                      16-CV-3995 (LLS)

CITY OF NEW YORK, et al.,

                        Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The Settlement Conference in this matter previously scheduled for **Thursday, March 18, 2021 at 10:00 a.m.** is hereby adjourned *sine die*.

      SO ORDERED.

Dated: February 27, 2021
       New York, New York

*[signature: Katharine H Parker]*
_____
KATHARINE H. PARKER
United States Magistrate Judge