UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

CHANEL LEWIS,

                      Plaintiff,

-against-

CITY OF NEW YORK, et al.,

                      Defendants.
------------------------------------------------------------------X

**ORDER ADJOURNING CONFERENCE**

**16-CV-3995 (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       The Status Conference in this matter previously scheduled for **Wednesday, May 12, 2021 at 2:30 p.m.** is hereby adjourned *sine die*.

       SO ORDERED.

Dated: May 6, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/6/2021